

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00010-CV

**IN THE INTEREST OF N.L.**, L.S., and J.A.T.

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01411
Honorable Richard Garcia, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

Delivered and Filed:  March 20, 2013

DISMISSED FOR LACK OF JURISDICTION

This is an attempted appeal from an interlocutory Permanency Hearing Order signed December 11, 2012, after a permanency hearing in a suit by the Department of Family and Protective Services seeking termination of the parental rights of appellant to his child.  No final judgment of termination has been entered.  The permanency order states that trial is scheduled for May 16, 2013.

The Texas Family Code permits a party to appeal "a final order" in a suit affecting the parent-child relationship.  TEX. FAM. CODE ANN. § 109.002(b) (West Supp. 2012).  The Family Code expressly precludes an interlocutory appeal from a trial court's temporary orders.  *See* TEX. FAM. CODE ANN. § 105.001(e) (West 2008).  Accordingly, because it appeared this court lacks jurisdiction over this appeal, on January 16, 2013, this court ordered appellant to show cause in

writing why this appeal should not be dismissed. No response has been filed. Therefore, we dismiss this appeal for lack of jurisdiction.

PER CURIAM